**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1456**

JEFFREY M. MOOGALIAN,

            Plaintiff - Appellant,

      v.

HONEYWELL INTERNATIONAL, INC.,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   John A. Gibney, Jr.,
District Judge.  (3:13-cv-00706-JAG-MHL)

Submitted: July 29, 2014          Decided: July 31, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey M. Moogalian, Appellant Pro Se.  Nancy S. Lester,
Alexander Tevis Marshall, OGLETREE DEAKINS NASH SMOAK & STEWART,
PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey M. Moogalian appeals the district court's dismissal of his action as barred by the six-month statute of limitations imposed by the Labor Management Relations Act, 29 U.S.C. § 185 (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Moogalian's informal brief does not challenge the basis for the district court's disposition, Moogalian has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED